MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re: ) Chapter 13
)
STEPHEN W. PARMELE, ) Bankruptcy No.: 10-32063
)
)
)
Debtor. )
_____ ) HON. THOMAS E. CARLSON

## MOTION TO SELL REAL ESTATE

Debtor Stephen Parmele seeks court authority to sell the real property located at 815 Peary Lane, Foster City, California (hereinafter referred to as "the Property").

1. The Property is the debtor's residence and has been listed for sale prior to the commencement of the case with Alain Pinel.
2. The Debtor has accepted an offer from Yue Liu and Hui Shao for the sum of $605,000.
3. The buyers are unrelated to the debtor.
4. The debtor proposes to pay a realtor's commission of slightly less than 5%.
5. The property is subject to a first deed of trust in favor of Citimortgage or its successors in the approximate amount of $415,000, a second in the approximate

1                                                                          MOTION TO SELL REAL ESTATE

amount of $51,000, HOA dues and assessments of $11,000 and pre petition property taxes of approximately $2100.   In addition to the secured debt listed above, the Debtor will pay from escrow certain costs of sale provided by contract.

6. The proceeds due the seller from this sale are expected to be less than the allowable California head of household exemption.  The exempt amount will be disbursed directly to the debtor.

WHEREFORE, the debtor seeks an order approving the sale on the terms provided in the contract; authorizing the payment of secured claims, HOA claims and the costs of sale from escrow; payment of a real estate commission as provided by contract; and the disbursement of net proceeds not to exceed $100,000 to the debtor, with any excess proceeds to be paid to David Burchard, Chapter 13 Trustee.

MORAN LAW GROUP

Date: _____     By: _____
                              Cathleen Cooper Moran
                              Attorney for Debtor

2

MOTION TO SELL REAL ESTATE

Case: 10-32063    Doc# 6    Filed: 06/03/10    Entered: 06/03/10 17:18:41    Page 2 of 2