MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                              ) Chapter 13
                                    )
STEPHEN W. PARMELE,                 ) Bankruptcy No.: 10-32063
                                    )
                                    )
                                    )
          Debtor.                   )
_____ ) HON. THOMAS E. CARLSON

**DECLARATION OF STEPHEN PARMELE IN SUPPORT OF MOTION
FOR SALE OF REAL PROPERTY**

I, Stephen W. Parmele, declare:

1. I am the debtor herein. I have personal knowledge of the matters contained herein and if called as a witness could competently testify thereto.

2. I have listed my home located at 815 Peary Lane, Foster City, California for sale with Alain Pinel Realty, Joe Benvenuto, agent.

3. I have accepted an offer to purchase the property from Yue Liu and Hui Shao, subject to approval of the court. The buyers are unrelated to me.

4. The listing agreement provides for a 5% realtor's commission. A copy of the real estate contract is attached as Exhibit A.

5. Escrow is pending at First American Title Company, Burlingame, California. The escrow agent is Amy Darius whose phone number is 650.685.0885.

DECLARATION OF STEPHEN PARMELE IN SUPPORT OF MOTION FOR
SALE OF REAL PROPERTY

6. I am the custodial parent of two minor children and expect to claim the California head of household exemption in the proceeds of this sale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____, California.

_____
STEPHEN PARMELE

DECLARATION OF STEPHEN PARMELE IN SUPPORT OF MOTION FOR SALE OF REAL PROPERTY